In the Matter of KESSEL BRENT CORP., Appellant, v CITY OF UTICA et al., Respondents, et al., Respondent. [849 NYS2d 849]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Oneida County (John W. Grow, J.), entered October 18, 2006 in a declaratory judgment action and CPLR article 78 proceeding. The judgment dismissed the complaint and petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Martoche, J.P., Centra, Lunn, Green and Gorski, JJ.